UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Oscar Hernandez,

          Plaintiff

v.

Ridge Tool Company, et al.,

          Defendants

Case No. 2:22-cv-00938-CDS-EJY

**Order Directing Parties to File a Proposed Joint Pretrial Order**

On December 18, 2023, Chief District Judge Andrew P. Gordon certified the following question to the Supreme Court of Nevada: Does Nevada impose strict products liability on an entity whose only involvement with a defective or unreasonably dangerous product is to license its trademark to be used to market the product and where the product and packaging prominently display its trademark? Order cert. quest., ECF No. 41. The certified question was sent in relation to the decision on the defendants' motion for partial summary judgment (ECF No. 37), which was granted as to the plaintiff's negligence, express warranty, and implied warranty fitness claims, and denied without prejudice as to plaintiff's strict liability claim. Order, ECF No. 40. That order stated that the defendants may file a new motion as to the strict liability claim within thirty days of the Supreme Court of Nevada's decision on the certified question. *Id.* at 14. A review of Supreme Court of Nevada's docket reveals the certified question was answered in the negative on May 1, 2025. Defendant did not file another motion for summary judgment within thirty days of that order.

Accordingly, the parties are hereby ordered to file a proposed joint pretrial order in accordance with Local Rules 16-3 and 16-4 on or before September 22, 2025. In the alternative, if the matter has resolved, or the parties want to attend a settlement conference, they must file a joint status report advising the court of such by the same date.

Dated: August 22, 2025

                                                _____
                                                Cristina D. Silva
                                                United States District Judge