**ELLEN S. BOWMAN, ESQ.**
Nevada Bar No. 12118
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: ellen.bowman@wilsonelser.com
*Attorneys for Defendant*
*Ridge Tool Company*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| OSCAR HERNANDEZ,<br><br>Plaintiff<br><br>v.<br><br>THE HOME DEPOT, INC., RIDGE TOOL COMPANY, and DOES 1-V, and ROE CORPORATIONS IV, inclusive,<br><br>Defendants | CASE NO.  2:22-cv-00938-CDS-EJY<br><br>**STIPULATION OF DISMISSAL AS TO RIDGE TOOL COMPANY**<br><br>[ECF No. 49] |

Plaintiff, **OSCAR HERNANDEZ,** by and through his attorney of record, David Sampson, Esq. of the Law Office of David Sampson and Defendants, **THE HOME DEPOT, INC.** and **RIDGE TOOL COMPANY**, by and through their attorney of record, Ellen S. Bowman, Esq. of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby submit the following stipulation and order of dismissal with prejudice:

**WHEREAS**, defendant, RIDGE TOOL COMPANY, filed a Motion for Partial Summary Judgment on April 26, 2023 (Dkt. 37);

**WHEREAS**, on December 18, 2023, this Court issued an Order granting RIDGE TOOL COMPANY'S motion in part and denying RIDGE TOOL COMPANY'S motion in part, without prejudice, which included a certified question of law (Dkt. 40);

**WHEREAS,** on December 18, 2023, this Court issued an Order Certifying a Question to the Supreme Court of the State of Nevada (Dkt. 41);

271732426v.1

**WHEREAS**, on May 1, 2025, the Supreme Court of the State of Nevada issued its decision on the certified question;

**NOW**, it is **STIPULATED AND AGREED**, that Plaintiff's claims and causes of action against RIDGE TOOL COMPANY be, and the same hereby are, **DISMISSED WITH PREJUDICE;**

**IT IS FURTHER STIPULATED AND AGREED** that nothing herein shall affect going forward Plaintiff's claims and causes of action against **THE HOME DEPOT, INC**.

DATED this 29th day of September, 2025.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Ellen Bowman*
Ellen S. Bowman, Esq.
Nevada Bar No. 12118
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

**LAW OFFICE OF DAVID SAMPSON, LLC**

By:   */s/ David Sampson*
David Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation, **RIDGE TOOL COMPANY, INC**. is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: October 6, 2025

_____
Hon. Cristina D. Silva
United States District Judge