DAVID F. SAMPSON, ESQ.,
Nevada Bar No. 6811
LAW OFFICE OF DAVID SAMPSON, LLC.
630 S. 3rd Street
Las Vegas, NV 89101
Tel: 702-605-1099
Fax: 888-209-4199
Email: david@davidsampsonlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>RIGID TOOL COMPANY and DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>    Defendants. | CASE NO: 2:22-cv-00938-APG-EJY<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, OSCAR HERNANDEZ, by and through his attorneys DAVID F. SAMPSON, ESQ., of THE LAW OFFICE OF DAVID SAMPSON, LLC., hereby notifies this Court that the Parties have agreed to a settlement in the above entitled Court. Upon the completion of their entry into a settlement agreement and duties thereunder as required, the parties will be filing a joint notice of dismissal with prejudice signed by all parties and filed with the Court within thirty (30) days of the filing of this Notice.

DATED THIS 15th day of December, 2025
LAW OFFICE OF DAVID SAMPSON, LLC.

/s/ *Amanda Nalder*
AMANDA NALDER, ESQ.
Nevada Bar No.16733
LAW OFFICE OF DAVID SAMPSON
630 S. 3rd Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

DATED THIS 15th day of December, 2025
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ *Ellen S. Bowman*
ELLEN S. BOWMAN, ESQ.
Nevada Bar No. 12118
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I certify that the above NOTICE OF SETTLEMENT was served on all parties to this action via the Court's CM/ECF electronic filing program the 15th day of December, 2025.


           /s/ *Amanda Nalder*
An employee of THE LAW OFFICE OF DAVID SAMPSON, LLC.