1  **ELLEN S. BOWMAN, ESQ.**
   Nevada Bar No. 12118
2  **WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
4  Telephone: 702.727.1400
   Fax: 702.727.1401
5  Email: ellen.bowman@wilsonelser.com
   *Attorneys for Defendants*
6  *The Home Depot, Inc. and Ridge Tool Company*

7  **DAVID F. SAMPSON, ESQ.,**
   Nevada Bar No. 6811
8  **LAW OFFICE OF DAVID SAMPSON, LLC.**
   630 S. 3rd Street Las Vegas, NV 89101
9  Telephone: 702-605-1099
   Fax: 888-209-4199
10 Email: david@davidsampsonlaw.com
   *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR HERNANDEZ , | CASE NO.  2:22-CV-00938 |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** |
| THE HOME DEPOT, INC., RIDGE TOOL COMPANY, and DOES 1-V, and ROE CORPORATIONS IV, inclusive, | |
| Defendants. | |

Plaintiff, Oscar Hernandez, by and through his attorney of record, David Sampson, Esq. of

the Law Office of David Sampson and Defendant, The Home Depot, Inc., by and through its

Page 1 of 2

327819444v.1

attorney of record, Ellen S. Bowman, Esq. of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby submit the following:

**WHEREAS**, this matter having been resolved between Plaintiff and Defendants,

**IT IS HEREBY STIPULATED AND AGREED**, that this matter shall be, and hereby is, **DISMISSED WITH PREJUDICE**.

DATED this 12th day of January, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Ellen S. Bowman            -
Ellen S. Bowman, Esq.
Nevada Bar No. 12118
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Attorney for Defendants

**LAW OFFICE OF DAVID SAMPSON, LLC**

By: /s/ David Sampson
David Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

327819444v.1